UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:18-CV-61404-RAR

STEVEN MITCHEL, individually
and on behalf of all others
similarly situated

    Plaintiff,

vs.

VEGASSPORTSCONSULTANTS.COM,
ALLISON FRANKLIN, and DREW FRANKLIN

    Defendants,

_____/

## PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANTS, ALLISON FRANKLIN AND DREW FRANKLIN

Plaintiff, STEVEN MITCHEL ("Plaintiff"), pursuant to Fed R. Civ. P. 55(b)(2), respectfully moves this Court to enter a Final Default Judgment against Defendants, ALLISON FRANKLIN AND DREW FRANKLIN ("the Franklins and/or Defendants"), jointly and severally, and in support thereof, states as follows:

1. On July 25, 2018, Plaintiff filed his First Amended Class Action Complaint ("Amended Complaint") on behalf of himself and on behalf of the putative Class against Defendants for their unlawful dissemination of unsolicited text messages to Plaintiff and the Class in violation of the Telephone Consumer Protection Act of 1991 ("TCPA"), Pub. L. No. 102-243, 105 Stat. 2394 (1991) (codified at 47 U.S.C. § 227) and the rules prescribed under it by the FCC [D.E. 7].

2. The Franklins, a married couple, were properly served on October 16, 2018. *See* Return of Service [D.E. 12].

3. Due to the Franklins' repeated willful failure to comply with discovery requests and

disobedience of court orders, sanctions were entered against the Franklins, including the entry of a Default Judgment as to liability.  *See* Orders [DE 41], [DE 42].

4. A party in default for failing to file an answer or otherwise having an answer on file, is deemed to have admitted all material allegations in the complaint and a plaintiff's well-plead allegations as to the defendant's liability are normally accepted as true. F.R.C.P. 55(b)(1).

5. Because Defendants are in Default, all of the allegations in Plaintiff's Amended Complaint must be deemed true. *See* F.R.C.P. 55(b)(1).

6. On June 10, 2019, Plaintiff filed a Notice of Joint Liability as to the Franklins [D.E. 48]. The Court thereafter entered its Order Requiring Motion for Default Final Judgment [D.E. 51].

7. As demonstrated in Plaintiff's First Amended Complaint, the Franklins knowingly and/or willfully sent 6 unsolicited text message advertisements, using an Automatic Telephone Dialing Machine ("ATDS"), to Plaintiff in violation of the TCPA, including 47 U.S.C. § 227 et seq. 45. *See* Amended Comp., ¶¶ 21-41, exhibits A-F [D.E. 7].  These facts are deemed true as a result of the Franklins' default.

8. Undersigned Counsel has personally reviewed and evaluated the 6 unsolicited text messages sent to Plaintiff and has confirmed that the 6 text messages attached to the Amended Complaint are true and correct exemplars of the text messages sent to Plaintiff. *See* Affidavit of Joshua H. Eggnatz Regarding Plaintiff's Individual Damages. [D.E. 44, ¶ 7]

9. Because of the Franklins' knowing and/or willful violations of 47 U.S.C. § 227 et seq., Plaintiff is entitled to an award of up to $1,500.00 in statutory damages for each of the 6 unsolicited text messages sent to him by Defendants. *Id*. ¶ 8; *See*   47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C). [D.E. 7]

10. Accordingly, Plaintiff is entitled to $9,000 (ie: $1,500 x. 6 texts) in statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C). *Id.* ¶ 9.

11. Plaintiff also seeks recovery of his taxable costs in the amount of $769.62. *See* [D.E. 44, ¶ 10]

12. An additional element of Plaintiff's damages includes a recovery of the sanctions awarded to Plaintiff for attorneys' fees and costs incurred as a result of the Franklins' failure to

appear at their deposition on April 3, 2019. *See* [D.E. 41] [D.E. 43].

  13. The amount of attorney's fees and costs incurred for that deposition is $1,203.75. *See* Affidavit of Seth M. Lehrman [D.E 43, ¶¶ 10-12].

  14. Accordingly, the total amount of Plaintiff's Final Judgment should be $10,973.73, as outlined below:

| **Damage:** | **Amount:** |
|---|---|
| Plaintiff's individual statutory damages | $9,000.00 |
| Taxable Costs | $769.62 |
| Attorney's fees in connection with sanctions award | $935.00 |
| Costs in connection with sanctions award | $268.75 |
| TOTAL | $10,973.73 |

  15. Affidavits in support of a $10,973.73 judgment amount have been previously filed as DE 43 and DE 44.

  16. A proposed Order is attached as "Exhibit A."

  17. A proposed Final Judgment is attached as "Exhibit B".

  18. The Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b) is inapplicable as the Franklins entered an appearance on November 6, 2018. [D.E. 14].

WHEREFORE, Plaintiff, STEVEN MITCHEL, individually, requests that the Court grant the following Relief:

  a) Enter an Order declaring that Plaintiff is entitled to a Final Judgment in the amount of $10,973.73 against ALLISON FRANKLIN and DREW FRANKLIN, jointly and severally, for their willful violation of the TCPA;

  b) Enter a Final Judgment in favor of Plaintiff against Defendants, ALLISON FRANKLIN and DREW FRANKLIN, jointly and severally, in the amount of $10,973.7; and

  c) To retain jurisdiction over the parties and the subject matter to enforce the terms of this Final Judgment, including the award of execution costs.

Dated: July 01, 2019                    Respectfully submitted,

/s/ Joshua H. Eggnatz
Joshua H. Eggnatz, Esq. (Fla. Bar No.: 0067926)
E-Mail: JEggnatz@JusticeEarned.com
Michael J. Pascucci, Esq. (Fla. Bar No.: 0083397)
E-mail: Mpascucci@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913

Seth M. Lehrman, Esq. (Fla. Bar No.: 132896)
E-mail: Seth@epllc.com
**EDWARDS POTTINGER, LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Tel: (954) 524-2820
Fax: (954) 524-2822

*Attorneys for Plaintiff, Steven Mitchel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 1st day of July 2019, and that a notice of the electronic filing will be transmitted to counsel of record as referenced on the attached Service List. I further certify that the forgoing was served upon all Defendants, at the designated address on the below service list.

/s/ Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.

## SERVICE LIST

Allison and Drew Franklin
19 Latimore Way
Owings Mills, MD 21117