**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-CIV-61404-RUIZ**

**STEVEN MITCHEL**,

     Plaintiff,

v.

**ALLISON FRANKLIN**, *et al.*,

     Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** comes before the Court upon the Order Granting in Part and Denying in Part Plaintiff's Motion for Default Final Judgment [ECF No. 58] ("Order"). For the reasons stated in the Order, and pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** as follows:

1. Default judgment is hereby **ENTERED** in favor of Plaintiff Steven Mitchel, and against Defendant Allison Franklin and Defendant Drew Franklin, who are both jointly and severally liable.

2. Plaintiff shall recover from Defendant Allison Franklin and Defendant Drew Franklin, who are both jointly and severally liable, the sum of $3,000 for statutory damages and $769.62 for taxable costs under 29 U.S.C. section 1920.

3. This judgment shall bear interest at the rate as prescribed by 28 U.S.C. section 1961, and shall be enforceable as prescribed by 28 U.S.C. sections 2001, *et seq.*; 28 U.S.C. sections 3001-3307; and Rule 69(a) of the Federal Rules of Civil Procedure.

4. The Court retains jurisdiction over any motion for attorney's fees or costs, any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure, and any motions that raise issues collateral to the Final Default Judgment.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 25th day of July, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**